JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BRIAN POWERS, | ) | NO. CV 08-3187 CAS (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JOHN F. SALAZAR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 10, 2009

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge